**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| NICOLE RICOBENE, | ) |
| | ) |
| Plaintiff, | ) FILED STAMP: JULY 30, 2008 |
| | ) 08CV4309 |
| vs. | ) JUDGE LINDBERG |
| | ) MAG. JUDGE COLE |
| ACCOUNT RECOVERY SERVICES, INC., | ) J. N. |
| | ) |
| Defendant. | ) |

## COMPLAINT

### INTRODUCTION

1.      Plaintiff Nicole Ricobene brings this action to secure redress from unlawful credit and collection practices engaged in by defendant Account Recovery Services, Inc.. Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 et seq. ("FDCPA").

### VENUE AND JURISDICTION

2.      This Court has jurisdiction under 15 U.S.C. §1692k (FDCPA), 28 U.S.C. §1331 and 28 U.S.C. §1337.

3.      Venue and personal jurisdiction in this District are proper because:

a.      Defendant's collection communications were received by plaintiff within this District;

b.      Defendant does business within this District.

### PARTIES

4.      Plaintiff Nicole Ricobene is an individual who resides in the Northern District of Illinois.

5.      Defendant Account Recovery Services, Inc. is an Illinois corporation with offices at 5183 Harlem Road, Suite 7, Loves Park, IL 61111.

6.      Account Recovery Services, Inc. is engaged in the business of using the mails and telephone to collect consumer debts originally owed to others.

7.     Account Recovery Services, Inc. is a debt collector as defined in the FDCPA.

## FACTS

8.     Defendant has been attempting to collect from plaintiff an alleged defaulted

debt incurred for personal, family or household purposes, namely a medical bill.

9.     On Dec. 27, 2007, defendant sent plaintiff the letter attached as Exhibit A.

10.     On Feb. 27, 2008, defendant sent plaintiff the letter attached as Exhibit B.

11.     On April 18, 2008, defendant sent plaintiff the letter attached as Exhibit C.

12.     No suit was ever filed.

13.     Neither the medical provider nor defendant file lawsuits on $180 medical

bills.

## VIOLATIONS COMPLAINED OF

14.     Defendant violated 15 U.S.C. §1692e, 1692e(2), 1692e(5) and 1692e(10) by

sending Exhibits A-C to plaintiff.

15.     Section 1692e provides:

> **§ 1692e.     False or misleading representations [Section 807 of P.L.]**
>
> **A debt collector may not use any false, deceptive, or misleading representation or means in connection with the collection of any debt. Without limiting the general application of the foregoing, the following conduct is a violation of this section: . . .**
>
> **(2)     The false representation of--**
>
> **(A)     the character, amount, or legal status of any debt; . . .**
>
> **(5)     The threat to take any action that cannot legally be taken or that is not intended to be taken. . . .**
>
> **(10)     The use of any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer. . . .**

.

WHEREFORE, the Court should enter judgment in favor of plaintiff and against

defendant for:

(1)     Statutory damages;

(2)    Attorney's fees, litigation expenses and costs of suit;

(3)    Such other and further relief as the Court deems proper.

s/ Daniel A. Edelman
Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
EDELMAN, COMBS, LATTURNER
        & GOODWIN, L.L.C.
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

## **JURY DEMAND**

Plaintiff demands trial by jury.

s/ Daniel A. Edelman
Daniel A. Edelman

T:\21727\Pleading\Complaint_Pleading.wpd

## NOTICE OF LIEN AND ASSIGNMENT

Please be advised that we claim a lien upon any recovery herein for 1/3 or such amount as a court awards. All rights relating to attorney's fees have been assigned to counsel.


s/ Daniel A. Edelman
Daniel A. Edelman


Daniel A. Edelman
EDELMAN, COMBS, LATTURNER
      & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

08CV4309
JUDGE LINDBERG
MAG. JUDGE COLE
J. N.

# EXHIBIT A

**ARS**

Collection Specialists

**Account Recovery Services, Inc.**

P.O. Box 2526 Loves Park, Il. 61132

Phone (815) 639-9300
Fax    (815) 639-9325

December 27, 2007

67624

NICOLE RICOBENE
8224 SPRUCE LANE
Tinley Park, IL 60477

RE:    Paul Newman LCSW                                    $180.00

                                          TOTAL:           $180.00

Dear NICOLE RICOBENE,

You have failed to respond to our previous notice advising you of the delinquency of your account.

It is our intent to pursue collection of this debt through every means available to us.

We extend this opportunity to settle this debt in a friendly manner. You may either send your payment in full to Account Recovery Services, Inc. or call 815-639-9300. For your convenience, we accept all Major Credit Cards.

Sincerely,

KEVIN CHANCE
815-639-9300

----

NICOLE RICOBENE

                                          67624

Amount Enclosed: $_____ Comments: _____

_____

☐ Visa ☐ M/C ☐ Discover ☐ Am Exp  Card #_____ - _____ - _____ - _____

Exp Date _____   CVV # _____   Signature_____
                              (3 Digit # on Back)

This is an attempt to collect a debt. Any information obtained will be used for that purpose.

08CV4309
JUDGE LINDBERG
MAG. JUDGE COLE
J. N.

# EXHIBIT B



**Account Recovery Services, Inc.**

Collection Specialists     P.O. Box 2526  Loves Park, Il. 61132

Phone (815) 639-9300
Fax   (815) 639-9325

February 27, 2008

67624

NICOLE RICOBENE
8224 SPRUCE LANE
Tinley Park, IL 60477

RE:    Paul Newman LCSW                 $180.00

                                                   TOTAL:       $180.00

Dear NICOLE RICOBENE,

Are you aware that your debt can be litigated and a judgment can be obtained against you? We are now prepared to retain legal counsel with our recommendation that the litigation should be filed.

Please contact us at Account Recovery Services, Inc., 815-639-9300, to
discuss the matter, or you may send your payment in full. For your convenience, we accept all Major Credit Cards.

We expect your response.

Sincerely,

KEVIN CHANCE
815-639-9300

-------------------------------------------------------------------------------

NICOLE RICOBENE

67624

Amount Enclosed: $_____ Comments: _____

_____

☐ Visa ☐ M/C ☐ Discover ☐ Am Exp  Card #_____ - _____ - _____ - _____

Exp Date _____  CVV # _____  Signature _____

This is an attempt to collect a debt.  Any information obtained will be used for that purpose.

08CV4309
JUDGE LINDBERG
MAG. JUDGE COLE
J. N.

# EXHIBIT C

FROM :                          FAX NO. :7085996498              Jul. 17 2008 03:18PM  P3



**Account Recovery Services, Inc.**
P.O. Box 2526 Loves Park, Il. 61132

Phone  (815) 639-9300
Fax    (815) 639-9325

Collection Specialists

April 18, 2008

67624

NICOLE RICOBENE
8224 SPRUCE LANE
Tinley Park, IL 60477

RE:    Paul Newman LCSW

                                                      $180.00

                                  TOTAL:              $180.00

Dear NICOLE RICOBENE,

Please be advised that the entire balance of your account should be paid within 15 days. Failure to comply will result in our recommendation that litigation be filed against you.

This is your final opportunity to contact us to avoid further legal action. For your convenience, we accept all Major Credit Cards.

Sincerely,

KEVIN CHANCE
815-639-9300

This is an attempt to collect a debt. Any information obtained will be used for that purpose.

Detach and remit with payment.

Name: NICOLE RICOBENE                    Account #: 67624

Amount Enclosed: $_____    Comments: _____

☐ Visa ☐ M/C ☐ Discover ☐ Am Exp  Card #_____-_____-_____-_____

Exp Date _____    CVV #_____    Signature_____