## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08CV4309　　　　　　Assigned/Issued By: J. N.

Judge Name:　　　　　　　　　　　Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:*　☐ $350.00　　☐ $39.00　　☐ $5.00

　　　　　　　　☐ IFP　　　　☐ No Fee　　☐ Other _____

　　　　　　　　☐ $455.00

Number of Service Copies _____　　　Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____　　　　　Receipt #: _____

Date Payment Rec'd: _____　　　Fiscal Clerk: _____

---

### ISSUANCES

☑ Summons　　　　　　　　　　　　☐ Alias Summons

☐ Third Party Summons　　　　　　　☐ Lis Pendens

☐ Non Wage Garnishment Summons　　☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons　　_____

　　　　　　　　　　　　　　　　　　*(Victim, Against and $ Amount)*

☐ Citation to Discover Assets

☐ Writ _____　　　　☐ Other
　　*(Type of Writ)*　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　*(Type of issuance)*

_1_ Original and _0_ copies on _7/31/08_ as to _DEFENDANT_
　　　　　　　　　　　　　　*(Date)*