08 C 4309
AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Nicole Ricobene,

          Plaintiff,

    V.

Account Recovery Services, Inc.,

          Defendant.

CASE NUMBER: 08 CV 4309

ASSIGNED JUDGE: LINDBERG

DESIGNATED
MAGISTRATE JUDGE: COLE

TO: (Name and address of Defendant)

Account Recovery Services, Inc.
c/o Registered Agent, Karl E. Brolund
5183 Harlem Rd., Suite 7
Loves Park, IL 61111

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman, Combs, Latturner & Goodwin LLC,
120 S. Lasalle 18th Floor
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

_(signature)_
(By) DEPUTY CLERK

July 31, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                  Date                              *Signature of Server*

                              _____
                                           *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

*Stewart and Associates, Inc.*

## AFFIDAVIT OF PROCESS SERVER

United States District Court
Northern District of Illinois

Case Number: **08 CV 4309**

**Nicole Ricobene vs Account Recovery Services Inc.**

Person Served: **Account Recovery Services Inc.**

Address: **c/o Registered Agent, Karl E. Brolund 5183 Harlem Rd, Suite 7**

City/State/Zip: **Loves Park, IL 61111**

I, Rich Myers, a registered employee of Brian W. Stewart & Associates, Inc. an Illinois Private Detective Agency License #117-000540, after being duly sworn, do hereby state that the attached document(s) entitled: **Summons In A Civil Case & Complaint** was served as indicated.

SERVICE INFORMATION:

Service Address (if different than above):_____

_____Personal Service: Left copy of the document(s) with above personally.

Date____/____/____   Time:_____

Date Of Birth:_____ Sex: M F Race:_____ Height:_____ Weight:_____ Hair:_____

_____Substitute Service: Left copy of the document(s) at the defendant's usual place of abode with some person of the age of 13 years or upwards and informed that person of the contents thereof. Service was followed by sending a copy of the document(s) in a sealed envelope with postage fully prepaid addressed to the defendant at his/her usual place of abode.

Name:_____  Relation:_____(live-in)

Date____/____/____   Time:_____

Date Of Birth:_____ Sex: M F Race:_____ Height:_____ Weight:_____ Hair:_____

Date copy mailed____/____/____

**X** Service on:   Corporation **X**   Company_____   Business_____   Other_____

Left a copy of the document(s) with the following:
Registered Agent_____   Officer_____   Owner_____   Authorized Person **X**   Cert. Mail_____

Name: Diane Dornan   Title: Office Manager
Date 8/11/08   Time: 1140
Date Of Birth: 5/15/73   Sex: M F   Race: W   Height: 5'5"   Weight: 140   Hair: BRN

Subscribed and sworn before me
this 13 day of August, 2008.

_____
Notary Public

_____
Registered Employee
Brian W. Stewart & Associates, Inc.
Fee: $ 40
Our Job #: 68814

OFFICIAL SEAL
AMANDA MULLER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:03/14/10