IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NICOLE RICOBENE, | ) | |
| | ) | COURT FILE NO. 08CV4309 |
| Plaintiff, | ) | |
| v. | ) | Judge LINDBERG |
| | ) | |
| ACCOUNT RECOVERY SERVICES, INC, | ) | Magistrate Judge COLE |
| | ) | |
| Defendants. | ) | |
| | ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Defendant, ACCOUNT RECOVERY SERVICES, INC, by and through its attorneys and pursuant to Federal Rule of Civil Procedure 6(b), respectfully requests that this Court grant a 28 day extension of time, or up until September 25, 2008, to file a responsive pleading to Plaintiff's Complaint, and in support thereof, states as follows:

1. Plaintiff's Complaint purports to state a claim under the Fair Debt Collection Practices Act against the defendant.

2. Plaintiff's Complaint was filed on July 30, 2008, and defendant was served on August 11, 2008. No previous extension have been requested or granted in this case.

3. Defense counsel was recently retained and the parties are discussing the possibility of settlement. This time is not meant for purposes of unnecessary delay and will not prejudice any party in the litigation.

4. Defense counsel, J. Michael True, contacted plaintiff's counsel, Zachary Jacobs, on August 28, 2008, and plaintiff's counsel has no opposition to this extension.

WHEREFORE, Defendant, ACCOUNT RECOVERY SERVICES, INC, respectfully requests this Court grant an extension of time up to and including September 25, 2008, to file a responsive pleading to Plaintiff's Complaint.

    Respectfully Submitted,

    ACCOUNT RECOVERY SERVICES, INC

**By:**   /s/ J. Michael True
      Attorney # 6279941
      Attorney for Defendants
      Messer & Stilp, Ltd., #36703
      166 W. Washington, Suite 300
      Chicago, IL 60602
      (312) 334-FIRM (3476)
      (312) 334-3404 (Fax)
      true@messerstilp.com

CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2008, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which will send notification of such filing to the following:

Daniel A. Edelman
Edelman, Combs, Latturner & Goodwin
120 S. LaSalle St., 18th Floor
Chicago, IL 60603
courtecl@edcombs.com
Attorney for Plaintiff

Cathleen M. Combs
Edelman, Combs, Latturner & Goodwin
120 S. LaSalle St., 18th Floor
Chicago, IL 60603
ccombs@edcombs.com
Attorney for Plaintiff

James O. Latturner
Edelman, Combs, Latturner & Goodwin
120 S. LaSalle St., 18th Floor
Chicago, IL 60603
jlatturner@edcombs.com
Attorney for Plaintiff

Zachary A. Jacobs
Edelman, Combs, Latturner & Goodwin
120 S. LaSalle St., 18th Floor
Chicago, IL 60603
zjacobs@edcombs.com
Attorney for Plaintiff

**By:**   /s/ J. Michael True
Attorney # 6279941
Attorney for Defendants
Messer & Stilp, Ltd., #36703
166 W. Washington, Suite 300
Chicago, IL 60602
(312) 334-FIRM (3476)
(312) 334-3404 (Fax)
true@messerstilp.com