IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NICOLE RICOBENE, | ) | |
| | ) | COURT FILE NO. 08CV4309 |
| Plaintiff, | ) | |
| v. | ) | Judge LINDBERG |
| | ) | |
| ACCOUNT RECOVERY SERVICES, INC, | ) | Magistrate Judge COLE |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on the **10th** day of **September 2008** at **9:30 a.m.**, or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Judge Lindberg, or any judge sitting in his stead in Courtroom 1425 in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and shall then and there present **Unopposed Motion for Extension of Time**, a copy of which is hereby served upon you.

Respectfully submitted,

**By:**   /s/ J. Michael True
Attorney # 6279941
Attorney for Defendants
Messer & Stilp, Ltd., #36703
166 W. Washington, Suite 300
Chicago, IL 60602
(312) 334-FIRM (3476)
(312) 334-3404 (Fax)
true@messerstilp.com