IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NICOLE RICOBENE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08 CV 4309 |
| vs. | ) | |
| | ) | Judge LINDBERG |
| ACCOUNT RECOVERY SERVICES, INC., | ) | |
| | ) | Magistrate Judge COLE |
| Defendant. | ) | |

**PLAINTIFF'S ACCEPTANCE OF DEFENDANT'S RULE 68 OFFER OF JUDGMENT**

Plaintiff Nicole Ricobene hereby accepts Defendant Account Recovery Services, Inc.'s Rule 68 Offer of Judgment, attached hereto as <u>Exhibit A</u>, and requests the Court (1) enter the judgment and (2) set a briefing schedule on Plaintiff's counsel's fee petition pursuant to Local Rule.

s/ Zachary A. Jacobs<br>
Zachary A. Jacobs

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Zachary A. Jacobs
EDELMAN, COMBS, LATTURNER
　　&GOODWIN, L.L.C.
120 S LaSalle Street, 18th Floor
(312) 739-4200
(312) 419-0379 (FAX)

1

## CERTIFICATE OF SERVICE

I, Zachary A. Jacobs, certify that on September 4, 2008, a copy of the foregoing document was served via ECF/PACER on the following recipients:

Joseph S. Messer (messer@messerstilp.com)

J. Michael True (true@messerstilp.com)

s/ Zachary A. Jacobs<br>
Zachary A. Jacobs

# EXHIBIT A

Case 1:08-cv-04309 Document 15 Filed 09/04/2008 Page 3 of 6

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NICOLE RICOBENE, ) | COURT FILE NO. 08CV4309 |
| Plaintiff, ) | |
| v. ) | Judge LINDBERG |
| ) | |
| ACCOUNT RECOVERY SERVICES, INC, ) | Magistrate Judge COLE |
| Defendants. ) | |

### RULE 68 OFFER OF JUDGMENT OF DEFENDANT
### ACCOUNT RECOVERY SERVICES, INC

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant Account Recovery Services, Inc. ("Defendant"), by and through their undersigned attorneys, hereby submits this Offer of Judgment ("Offer"), which offers to allow judgment to be taken against them and in favor of Plaintiff Nicole Ricobene ("Plaintiff"), as follows:

1. Judgment shall be entered against Defendant in the amount of One Thousand and 00/100 Dollars ($1,000.00), plus reasonable attorney fees and costs incurred by Plaintiff arising from Plaintiff's claims against Defendant as alleged in Plaintiff's Complaint in the above captioned matter.

2. The judgment entered in accordance with this Offer is to be in total settlement of any and all claims by Plaintiff against Defendant and/or potential claims against Defendant that could be brought by Plaintiff in this matter.

3. Notwithstanding the foregoing Offer, Defendant denies any wrongdoing or violation of state or federal laws, but admits liability for the sole purposes of settlement and

resolution of Plaintiff's claims sought in the above-captioned matter as described more fully herein.

4. If Plaintiff rejects this offer, pursuant to Rule 68, Defendant may seek to recover any additional costs and disbursements incurred in the defense of Plaintiff's claims, then accrued at the conclusion of this case, if applicable. Also, Plaintiff must pay Plaintiff's own costs and attorney fees incurred after making this Offer, as well as the costs of Defendant. *See Payne v. Milwaukee County*, 288 F.3d 1021, 1024 (7th Cir. 2002); *O'Brien v. City of Greers Ferry*, 873 F.2d 1115, 1120 (8th Cir. 1989); *Jordan v. Time, Inc.*, 111 F.3rd 102 (11th Cir. 1997).

Dated the 3rd day of September, 2008

    Respectfully submitted,

    ACCOUNT RECOVERY SERVICES, INC

By: J. Michael True #6279941
Attorney for Defendant
Messer & Stilp, Ltd. #36703
166 W. Washington, Suite 300
Chicago, IL 60602
(312) 334-FIRM (3476)
(312) 334-3404 (Fax)

2

CERTIFICATE OF SERVICE

I, J. Michael True, hereby certify that on September 3, 2008, a copy of the foregoing document was served via Email and First Class U.S. Postal Mail on the following recipients:

Daniel A. Edelman
Edelman, Combs, Latturner & Goodwin
120 S. LaSalle St., 18th Floor
Chicago, IL 60603
courtecl@edcombs.com
Attorney for Plaintiff

Cathleen M. Combs
Edelman, Combs, Latturner & Goodwin
120 S. LaSalle St., 18th Floor
Chicago, IL 60603
ccombs@edcombs.com
Attorney for Plaintiff

James O. Latturner
Edelman, Combs, Latturner & Goodwin
120 S. LaSalle St., 18th Floor
Chicago, IL 60603
jlatturner@edcombs.com
Attorney for Plaintiff

Zachary A. Jacobs
Edelman, Combs, Latturner & Goodwin
120 S. LaSalle St., 18th Floor
Chicago, IL 60603
zjacobs@edcombs.com
Attorney for Plaintiff

J. Michael True #6279941
Attorney for Defendant
Messer & Stilp, Ltd. #36703
166 W. Washington, Suite 300
Chicago, IL 60602
(312) 334-FIRM (3476)
(312) 334-3404 (Fax)
true@messerstilp.com

3