# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George W. Lindberg | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4309 | **DATE** | 9/5/2008 |
| **CASE TITLE** | Ricobene vs. Account Recovery Servs., Inc. | | |

**DOCKET ENTRY TEXT**

Pursuant to Plaintiff's written notice accepting Defendant's offer of judgment, judgment is entered in favor of Plaintiff Nicole Ricobene and against Defendant Account Recovery Services, Inc., in the amount of $1,000.00, plus reasonable attorney fees and costs incurred by Plaintiff in this case. The parties are directed to follow the procedures set forth in Local Rule 54.3 relating to the filing of fee petitions.

Docketing to mail notices.

| | Courtroom Deputy Initials: | |
|---|---|---|